UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR06-5721BHS |
|---|---|
| Plaintiff-Respondent, | ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |
| v. | |
| JOSE LUIS PALOMINOS | |
| Defendant-Movant. | |

This matter comes before the court on Defendant-Movant Jose Luis Palominos' (Palominos) Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Dkt. 93. The court has reviewed the motion and the government's response (Dkt. 96).

Defendant seeks a reduction in sentence based on Amendment 788 to the Sentencing Guidelines which made Amendment 782 to USSG 2D1.1. Because the sentence that Palominos is serving is the applicable mandatory minimum sentence required by 21 U.S.C. § 841(b)(1)(A), Defendant is ineligible for a reduction in sentence under 18 U.S.C. 3582(c)(2) and his motion should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that Palominos' Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 is DENIED.

Dated this 1st day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1